FILED
CLERK, U.S. DISTRICT COURT
JUNE 11, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
**DONIGER / BURROUGHS APC**
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff
UNICOLORS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JINWON APPAREL, INC., a California corporation, individually and doing business as "JOAH DESIGN" and "KIRRA;" PACIFIC SUNWEAR OF CALIFORNIA, INC., a California corporation; and DOES 1 through 10,<br><br>Defendants. | Case No.: CV14-1064 SVW (FFM)<br>*Honorable Stephen V. Wilson Presiding*<br><br>**STIPULATION TO DISMISS ACTION**<br><br>**[[PROPOSED] ORDER LODGED CONCURRENTLY HEREWITH]**<br><br>JS-6 |

**[PROPOSED] ORDER ON STIPULATION TO DISMISS**

## [~~PROPOSED~~] ORDER:

Having reviewed the stipulation of the parties, and finding good cause thereon,

IS HEREBY ORDERED that:

1. The remainder of this Action is hereby dismissed with prejudice;
2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action; and
3. The Court will retain jurisdiction to enforce the terms of the settlement agreement between Plaintiff and Defendant Pacific Sunwear of California, Inc.

SO ORDERED.

Date: ____June 11____, 2014    By: _____
HONORABLE STEPHEN V. WILSON
U.S. DISTRICT COURT